IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEVIN and MARSHA GRAY,       )
    Plaintiffs,              )
                             )
v                            )   Case No. 00-3133-JTM
                             )
L.E. BRUCE, et. al,          )
    Defendants.              )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Plaintiffs, Kevin and Marsha Gray, and the defendants L. E. Bruce, Charles E. Simmons, Mary Nelson, Sam Cline, and William L. Cummings, by and through Counsel Robert G. Allison-Gallimore, Assistant Attorney General, and Linden Appel, Representative of the Kansas Secretary of Corrections, and, pursuant to Fed. R. Civ. P. 41(a), stipulate and agree that Plaintiff's Complaints in the above captioned case and in consolidated member case 00-CV-3148, may be and hereby are dismissed with prejudice, all claims having been fully compromised and settled, with each party to bear their own costs, and that no appeal will be pursued from this Stipulation of Dismissal with Prejudice

Prepared and approved by:

Dated: 5-1-06            By: *Marsha Gray*
                             Marsha Gray
                             Plaintiff *pro se*
                             210 S. Washington Avenue
                             PO Box 31
                             Burns, KS 66840

**STATE OF KANSAS** )
                    ) ss:
**COUNTY OF** Marion )

On this the 1st day of May, 2006, before me, a notary public within and for said county, appeared Marsha Gray, to me personally known, who being duly sworn is the person duly authorized to execute this Agreement and she has read and signed this Agreement as her free act and deed

[CYNTHIA JACKSON
Notary Public - State of Kansas
My Appt. Expires 6/9/06]

*Cynthia Jackson*
Notary Public

My appointment expires: 6/9/06

Dated: 5/16/06

By: _____
Kevin Gray
Plaintiff *pro se*
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042
Burns, KS 66840

STATE OF KANSAS        )
                       ) ss:
COUNTY OF BUTLER       )

On this the 16 day of May, 2006, before me, a notary public within and for said county, appeared Kevin Gray, to me personally known, who being duly sworn is the person duly authorized to execute this Agreement and he has read and signed this Agreement as his free act and deed

_____
Notary Public

NOTARY PUBLIC - State of Kansas
KENNETH L MCGUIRE
My Appt. Expires 5-9-2009

My appointment expires: _____

OFFICE OF THE ATTORNEY GENERAL
PHILL KLINE

Dated: 5/25/06

By _____
Robert G. Allison-Gallimore
No. 22112
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Tel: (785) 296-2215
Attorney for Defendants L.E. Bruce,
Simmons, Nelson, Cline, and
Cummings

KANSAS DEPARTMENT OF
CORRECTIONS

Dated: 5/25/06

By: _____
Linden Appel
Chief Legal Counsel
Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612-1284
Tel: (785) 296-3317